No. M–46. BENOIT v. MEDICAL CENTER OF DELAWARE, INC., CHRISTIANA HOSPITAL; and

No. M–47. BROOKS *v.* MCKINNEY ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.